UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:06-00046 |
| | ) | JUDGE CAMPBELL |
| JACK ROYNIEL YOUNG | ) | |

ORDER

Pending before the Court is a Petition (Docket No. 76) and a Supplemental Petition (Docket No. 78) alleging violations of Defendant's Conditions of Supervision. The Court will hold a hearing on the Petitions on November 18, 2013, at 10:00 a.m.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE